IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT W2526     Case No. 09-C-0074
ARNOLD ROAD, TOWN OF HAMPDEN,
COLUMBIA COUNTY, WISCONSIN, WITH ALL
APPURTENANCES AND IMPROVEMENTS
THEREON,

    Defendant.

---

ORDER TO DISMISS

---

IT IS HEREBY ORDERED that the complaint is dismissed without prejudice.

Ordered this 23d day of December 2009.

*Barbara B. Crabb*
BARBARA B. CRABB
Chief United States District Court Judge